UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA P. GAUTREAUX, individually and on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>VERSUS<br><br>BP, PLC, BP EXPLORATION AND PRODUCTION, BP AMERICA, INC., ANADARKO PETROLEUM CORPORATION, MITSUI OIL EXPLORATION CO., LTD., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION,<br><br>　　　　　　　　　　Defendants.<br>* * * * * * * * * * * * * * * * * * * * * * * * * * | * CIVIL ACTION NO. 10-1539<br>*<br>* SECTION "N"<br>*<br>* DIVISION "2"<br>*<br>* JUDGE KURT D. ENGELHARDT<br>*<br>* MAGISTRATE<br>*    JOSEPH C. WILKINSON, JR.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

Considering the *Ex Parte* Motion for Extension of Time in Which to File Responsive Pleadings, filed by Cameron International Corporation f/k/a Cooper Cameron International;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and Defendant, Cameron International Corporation f/k/a Cooper Cameron International, be and the same is

1017924v.1

hereby granted an additional twenty-one (21) days, through and including July 2, 2010, in which to file responsive pleadings to Plaintiff's Class Action Complaint with full reservation to Cameron International Corporation f/k/a Cooper Cameron Corporation of all of its objections and defenses, including but not limited to all jurisdictional and service of process defenses.

New Orleans, Louisiana, this __7th__ day of ~~May~~ June, 2010.

_____
UNITED STATES DISTRICT JUDGE

2

1017924v.1